# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**FREDERICK SMITH**                                                     **PLAINTIFF**

v.                            No. 3:16-cv-163-DPM

**DESOTO COUNTY SHERIFF DEPARTMENT;**
**LAKE VILLAGE POLICE DEPARTMENT;**
**STATE OF ARKANSAS; and STATE OF**
**MISSISSIPPI**                                                        **DEFENDANTS**

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 July 2016