IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK SMITH                                                                                       PLAINTIFF

v.                                     No. 3:16-cv-163-DPM

DESOTO COUNTY SHERIFF DEPARTMENT;
LAKE VILLAGE POLICE DEPARTMENT;
STATE OF ARKANSAS; and STATE OF
MISSISSIPPI                                                                                           DEFENDANTS

ORDER

Smith's motion to vacate, № 8, lacks merit and is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 August 2016