IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK SMITH                                                                                      PLAINTIFF

v.                                      No. 3:16-cv-89-DPM

US DEPARTMENT OF EDUCATION;
BRIAN BEERS, Special Agent; and
PHILLIP CARTER, Former
City Council Member                                                                               DEFENDANTS


FREDERICK SMITH                                                                                      PLAINTIFF

v.                                      No. 3:16-cv-163-DPM

DESOTO COUNTY SHERIFF
DEPARTMENT; LAKE VILLAGE
POLICE DEPARTMENT;
STATE OF ARKANSAS; and
STATE OF MISSISSIPPI                                                                             DEFENDANTS

ORDER

1. Smith has asked the Court some questions, seeking a more definite statement in these two cases. The Court reminds Smith that the complaint in each case has been dismissed. № 4 in No. 3:16-cv-89; № 7 in No. 3:16-cv-163. Smith's complaints lacked merit or were filed too late. Summons was never issued; the defendants were not served; and they will not be served. № 3 in No. 3:16-cv-89; № 6 in No. 3:16-cv-163. All this is clear from the docket sheets

and the Court's many prior orders.

2. With one exception, the Court directs the Clerk not to file any papers from Smith in any of his closed cases, and not to file any new case from Smith, without prior approval from the Court. The exception: Smith may file a notice of appeal, and appeal-related papers, in these two cases.

\* \* \*

Motion № 13 in case No. 3:16-cv-89-DPM, denied. Motion № 12 in case No. 3:16-cv-163-DPM, denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2016